**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Elliott D. MOSSMAN, Respondent.**

**No. 192 Disciplinary Docket No. 3.
Disciplinary Board No. 138 DB 95.**

Supreme Court of Pennsylvania.

March 21, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of March, 1996, there having been filed with this Court by Elliott D. Mossman his verified Statement of Resignation dated February 26, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Elliott D. Mossman be and it is hereby accepted and *he is* DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Robert M. SITOSKI, Respondent.**

**No. 189, Disciplinary Docket.
No. 3—Supreme Court.
No. 77 DB 93—Disciplinary Board.**

Supreme Court of Pennsylvania.

March 21, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of March, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 21, 1996, it is hereby

ORDERED that ROBERT M. SITOSKI, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

CASTILLE, J., dissents and would suspend respondent for a period of four months.